UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRADEBLOC INC., et al.,

          Plaintiffs,

      v.

DYNASTY CAPITAL 26, LLC, et al.,

          Defendants.

24-CV-2268 (DEH)

**ORDER**

---

DALE E. HO, United States District Judge:

On March 28, 2024, the Court ordered the parties to file a joint letter and case management plan and scheduling order by May 8, 2024.  ECF No. 13.  That date has now passed, and the Court is not in receipt of the parties' submission.  Additionally, neither of the remaining Defendants (Unlimited Capital, LLC and Vladimir Kaminsky) has appeared in this case.  Accordingly, it is hereby **ORDERED** as follows:

The initial pretrial conference scheduled to take place on May 16, 2024 is **ADJOURNED** *sine die*, pending appearance by Defendants; and

By **May 24, 2024**, Plaintiff is hereby ORDERED to file on ECF a letter updating the Court on the status of the case.  The letter shall address (1) whether this case has settled or otherwise been terminated, (2) whether there have been any communications with the remaining Defendants, and (3) whether Plaintiff intends to move for default judgment or to voluntarily dismiss this case.

Plaintiff is on notice that failure to prosecute its case may result in its dismissal.

SO ORDERED.

Dated: May 9, 2024
     New York, New York

DALE E. HO
United States District Judge