UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRADEBLOC INC., et al.,

       Plaintiffs,

    v.

DYNASTY CAPITAL 26, et al.,

       Defendants.

24-CV-2268 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

Plaintiffs filed a motion for default judgment in this case on June 7, 2024.  *See* ECF No. 30.  Plaintiffs bring claims of conversion and fraudulent inducement under New York law.  *See* ECF No. 31 at 6-7.  Plaintiffs seek damages under New York law.  *See id*. at 7-9.  Plaintiffs also argue that "treble compensatory damages are appropriate in a case like this," citing caselaw from the Texas Court of Appeals, and noting that Defendants are from Texas.  *See id.* at 9-10.

On June 12, 2024, the Court scheduled a show cause hearing on Plaintiffs' default judgment motion.  *See* ECF No. 37.  The hearing took place on June 26, 2024.  *See* ECF No. 42.  No party appeared*.  See id*.  Accordingly, the Court adjourned the show cause hearing to July 12, 2024, at 12:30 p.m. (E.T.).

The Court held a second show cause hearing on July 12, 2024.  *See* July 12, 2024, Min. Entry.  Counsel for Plaintiffs appeared but no appearance was made on behalf of Defendants. *See id.*  Accordingly, as stated on the record, the Court entered default against all Defendants.

An inquest referral to the assigned Magistrate Judge will issue separately.

SO ORDERED.

Dated: July 16, 2024
     New York, New York

DALE E. HO
United States District Judge

2